

**FILED**

MAR 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSHUA GERVOLSTAD, ) <br> ) <br> Defendant. ) | Case No. MAG. 09-0054-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA GERVOLSTAD, Case No. MAG. 09-0054-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $100,000.00

        ___ Appearance Bond with Surety

        _X_ Unsecured Appearance Bond

        _X_ (Other) Conditions as stated on the record

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/11/09 at 3:00pm

By _____
Edmund F. Brennan
United States Magistrate Judge