LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-146 |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSHUA GERVOLSTAD | |
| Defendant. | |

The parties request that the status conference in this case be continued from June 1, 2009 to July 27, 2009 at 8:30 a.m.. They stipulate that the time between June 1, 2009 and July 27, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties anticipate further analysis of the facts of this mortgage fraud case and further seek to analyze how the Sentencing Guidelines might apply to this Defendant particularly. The parties

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

```
                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


DATE: June 1, 2009        By:    /S/ Matt Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney



DATE: June 1, 2009                /S/ Steve Carlton by MDS
                                 STEVE S. CARLTON
                                 Attorney for Defendant
```

**SO ORDERED.**

DATE:  June 1, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE