STEPHEN S. CARLTON
Attorney at Law
1558 West Street, Suite 3
Redding, CA 96001
Tel. (530) 244-3778
Fax (530) 243-0880

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA | ) | CASE NO. 2:09-CR-146 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| | ) | ORDER TO EXCLUDE TIME |
| v. | ) | |
| JOSHUA GERVOLSTAD | ) | |
| Defendant. | ) | |

   The parties request that the status conference in this case be continued from August 31, 2009 to September 21, 2009 at 8:30 a.m..  They stipulate that the time between August 31, 2009 and September 21, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (8) (B) (iv).  Specifically, the parties anticipate further analysis of Defendant's criminal history and its impact on the sentencing guidelines with regard to this Defendant particularly.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial.  18 U.S.C. § (h) (8) (A).

Respectfully Submitted,

Date:  August 27, 2009			By:	/S/ Stephen S. Carlton_____
						STEPHEN. S. CARLTON
						Attorney for Defendant


Date:  August 27, 2009				/S/ Matt Segal  by SSC_____
						MATTHEW D. SEGAL
						Assistant U.S. Attorney

					**SO ORDERED:**

Date:  August 28, 2009

						WILLIAM B. SHUBB
						UNITED STATES DISTRICT JUDGE