| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. S-09-146 WBS |
| v. | ) | |
| | ) | |
| JOSHUA GERVOLSTAD | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                          () Ad Testificandum

Name of Detainee:    JOSHUA GERVOLSTAD
Detained at (custodian): Shasta County Jail, 1655 West Street, Redding, CA 96001

Detainee is:
- a.) (X) charged in this district by: () Indictment    (X) Information      () Complaint
  charging detainee with: 18 U.S.C. § 1341 - Mail Fraud
- or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) (X) return to the custody of detaining facility upon termination of proceedings
- or b.) () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary October 5, 2009 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew D. Segal |
| Printed Name & Phone No: | Matthew D. Segal (916) 554-2708 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, October 5, 2009 and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: September 18, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | JOSHUA GERVOLSTAD, | Male |
| Booking or CDC #: | 2009-000810 | DOB: XX-XX-1978 |
| Facility Address: | Shasta County Jail | Race: Caucasian |
| | 1655 West Street, Redding, CA 96001 | FBI #: 461840TBS |
| Facility Phone: | 530-245-6165 (Sheriffs Office) | |
| Currently Incarcerated For: | DUI alcohol/drugs; violation of parole; Obstructing public official | |

### RETURN OF SERVICE

Executed on _____      By: _____
                                                                                                                             (Signature)