LAWRENCE G. BROWN
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-146 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO EXCLUDE TIME |
| JOSHUA GERVOLSTAD ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from September 21, 2009 to October 5, 2009 at 8:30 a.m.. They stipulate that the time between September 21, 2009 and October 5, 2009 should be excluded from the calculation of time under the Speedy Trial Act, as the reason for this continuance is that the Defendant is in custody on unrelated

///
///
///
///
///
///
///

1

charges and, thus, currently unavailable.  18 U.S.C. § 3161(h)(3)(A).  A writ has issued and the parties expect that the Defendant will be available at the next date.

```
                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney


DATE: September 24, 2009        By:    /S/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney


DATE: September 24, 2009               /S/ Steve Carlton by MDS
                                        STEVE S. CARLTON
                                        Attorney for Defendant

                                        SO ORDERED.

DATE:   September 24, 2009
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE