BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-146 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |
| JOSHUA GERVOLSTAD | ) | *(CORRECTED CAPTION)* |
| Defendant. | ) | |

The parties jointly request that the sentencing in this case be continued from December 14, 2009 to February 22, 2010 at 8:30 a.m. This is necessary for the United States to further analyze facts relevant to the sentencing proceeding.

//
//
//
//
//
//
//
//

1

As the Defendant has already pleaded guilty, there is no need to exclude time under the Speedy Trial Act.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: December 4, 2009        By:   /S/ Matt Segal
                                                MATTHEW D. SEGAL
                                                Assistant U.S. Attorney

DATE: December 4, 2009             /S/ Steve Carlton by MDS
                                                STEVE S. CARLTON
                                                Attorney for Defendant

                                        **SO ORDERED.**

DATE:  December 4, 2009

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE